```
          IN THE UNITED STATES BANKRUPTCY COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    DEANA GAFFNEY            :    Chapter 13
                                   :
                                   :
          Debtor                   :    Bankruptcy No. 21-11024
```

## O R D E R

AND NOW, this       day of           , 2021 upon consideration of the debtor's motion for an extension of time, it is HEREBY ORDERED that said motion is GRANTED. The debtor shall have an additional fourteen(14) days to comply with the Court's Order and shall file all required documents on or before May 13, 2021.

BY THE COURT:

*(signature)*

_____
THE HONORABLE ASHELY M. CHAN

**Date: April 30, 2021**