

CO    EMPLOYEE ID    000000-000000
PCSDGY 000473514

**Durham D&M LLC**
2601 Navistar Drive
Lisle IL 60532

## Earnings    Statement

| | |
|---|---|
| | Page 001 of 001 |
| Period Beginning: | 02/14/2021 |
| Period Ending: | 02/20/2021 |
| Advice Date: | 02/26/2021 |
| Advice Number: | 1020323263 |
| Batch Number: | 210223DGY071 |

Gaffney, Deana L
533 Fern St
Yeadon, PA 19050

For inquiries on this statement please call: 855-595-HR4U
Total Hours Worked:    11.92
Basis of Pay:    Hourly

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Bus Aide Hours | 10.34 | 11.92 | 123.27 | 1143.65 |
| Holiday Hours | 10.34 | 5.55 | 57.40 | 114.80 |
| Misc PTO Hours | | 0.00 | 0.00 | 103.40 |
| Snow Day Hours | | 0.00 | 0.00 | 103.40 |
| Gross Pay | | | 180.67 | 1465.25 |
| | | | | |
| **Tax Deductions** | | | | |
| Federal Tax | | | 10.47 | 102.97 |
| PA Unemployment | | | 0.13 | 1.03 |
| Philadelphia | | | 6.33 | 51.32 |
| Social Security | | | 11.21 | 90.85 |
| Medicare | | | 2.62 | 21.25 |
| PA State Tax | | | 5.55 | 45.00 |
| Total Tax Deductions | | | 36.31 | 312.42 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Additional Deductions** | | |
| Total Deductions | .00 | 0.00 |
| Net Pay | 144.36 | 1152.83 |

**Accruals Summary**

| Plan | Accrued | Accr_YTD | Taken | Net Bal |
|---|---|---|---|---|

**Message:**
For the safety of all, please notify your manager if you are experiencing the symptoms of, or test positive for COVID-19.

© 2002 AutomaticData Processing (PCS7VO)

---



**Durham D&M LLC**
2601 Navistar Drive
Lisle IL 60532

| | |
|---|---|
| Advice Number: | 1020323263 |
| Advice Date: | 02/26/2021 |

THIS IS NOT A CHECK

**Deposited to the account of**

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Gaffney, Deana L | Checking | 071922476 | $144.36 |



```
CO      EMPLOYEE  ID      000000-000000
PCSDGY  000473514
```

Durham D&M LLC
2601 Navistar Drive
Lisle IL 60532

**DURHAM**
SCHOOL SERVICES

# Earnings   Statement

|  |  |
|---|---|
| | Page  001  of 001 |
| Period Beginning: | 02/14/2021 |
| Period Ending: | 02/20/2021 |
| Advice Date: | 02/26/2021 |
| Advice Number: | 1020675983 |
| Batch Number: | 210225DGY052 |

Gaffney,  Deana  L
533  Fern  St
Yeadon,   PA  19050

**For inquiries on this statement please call: 855-595-HR4U**

Total Hours Worked:          .00
Basis of Pay:          Hourly

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Bus Aide Hours | | 0.00 | 0.00 | 1143.65 |
| Holiday Hours | | 0.00 | 0.00 | 114.80 |
| Misc PTO Hours | | 0.00 | 0.00 | 103.40 |
| Snow Day Hours | 10.34 | 20.00 | 206.80 | 310.20 |
| Gross Pay | | | 206.80 | 1672.05 |
| | | | | |
| **Tax Deductions** | | | | |
| Federal Tax | | | 23.08 | 126.05 |
| PA Unemployment | | | 0.14 | 1.17 |
| Philadelphia | | | 7.24 | 58.56 |
| Social Security | | | 12.82 | 103.67 |
| Medicare | | | 2.99 | 24.24 |
| PA State Tax | | | 6.35 | 51.35 |
| Total Tax Deductions | | | 52.62 | 365.04 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Additional Deductions** | | |
| Total Deductions | .00 | 0.00 |
| Net Pay | 154.18 | 1307.01 |

**Accruals Summary**

| Plan | Accrued | Accr_YTD | Taken | Net Bal |
|---|---|---|---|---|

**Message:**

For the safety of all, please notify your
manager if you are experiencing the
symptoms of, or test positive for COVID-19.

© 2012 AutomaticData Processing (PCHUD)



Durham  D&M  LLC
2601  Navistar  Drive
Lisle  IL  60532

**DURHAM**
SCHOOL SERVICES

| | |
|---|---|
| Advice Number: | 1020675983 |
| Advice Date: | 02/26/2021 |

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Gaffney, Deana L | | 071922476 | $154.18 |



CO      EMPLOYEE ID      000000-000000
PCSDGY  000473514

**Durham D&M LLC**
2601 Navistar Drive
Lisle IL 60532

## DURHAM
SCHOOL SERVICES

# Earnings  Statement

|                    |            |
|--------------------|------------|
|                    | Page 001 of 001 |
| Period Beginning:  | 02/21/2021 |
| Period Ending:     | 02/27/2021 |
| Advice Date:       | 03/05/2021 |
| Advice Number:     | 1021840818 |
| Batch Number:      | 210302DGY071 |

Gaffney, Deana L
533 Fern St
Yeadon, PA 19050

**For inquiries on this statement please call: 855-595-HR4U**

Total Hours Worked:      25.62
Basis of Pay:            Hourly

| Earnings | Rate | Hours | This Period | Year-to-Date |
|----------|------|-------|-------------|--------------|
| **Earnings** | | | | |
| Bus Aide Hours | 10.34 | 25.62 | 264.94 | 1408.59 |
| Holiday Hours | | 0.00 | 0.00 | 114.80 |
| Misc PTO Hours | | 0.00 | 0.00 | 103.40 |
| Snow Day Hours | | 0.00 | 0.00 | 310.20 |
| Gross Pay | | | 264.94 | 1936.99 |
| **Tax Deductions** | | | | |
| Federal Tax | | | 18.90 | 144.95 |
| PA Unemployment | | | 0.19 | 1.36 |
| Philadelphia | | | 9.28 | 67.84 |
| Social Security | | | 16.42 | 120.09 |
| Medicare | | | 3.85 | 28.09 |
| PA State Tax | | | 8.13 | 59.48 |
| Total Tax Deductions | | | 56.77 | 421.81 |

**Other Benefits and**
| Information | This Period | Year-to-Date |
|-------------|-------------|--------------|
| **Additional Deductions** | | |
| Total Deductions | 0.00 | 0.00 |
| Net Pay | 208.17 | 1515.18 |

**Accruals Summary**

| Plan | Accrued | Accr_YTD | Taken | Net Bal |
|------|---------|----------|-------|---------|

**Message:**
For the safety of all, please notify your
manager if you are experiencing the
symptoms of, or test positive for COVID-19

© 2002 AutomaticData Processing (PCSUVO)



Durham D&M LLC
2601 Navistar Drive
Lisle IL 60532

## DURHAM
SCHOOL SERVICES

| Advice Number: | 1021840818 |
|----------------|------------|
| Advice Date:   | 03/05/2021 |

**Deposited to the account of** | **Account Number** | **Transit ABA** | **Amount** |
|---|---|---|---|
| Gaffney, Deana L | Checking | 071922476 | $208.17 |

THIS IS NOT A CHECK



CO      EMPLOYEE ID      000000-000000
PCSDGY 000473514

**DURHAM**
SCHOOL SERVICES

Durham  D&M  LLC
2601  Navistar  Drive
Lisle  IL 60532

## Earnings    Statement

Page  001  of 001

| | |
|---|---|
| Period Beginning: | 02/28/2021 |
| Period Ending: | 03/06/2021 |
| Advice Date: | 03/12/2021 |
| Advice Number: | 1024300827 |
| Batch Number: | 210309DGY092 |

Gaffney,  Deana  L
533  Fern  St
Yeadon,   PA  19050

For inquiries on this statement please call: 855-595-HR4U
Total Hours Worked:      25.09
Basis of·Pay:            Hourly

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Bus Aide Hours | 10.34 | 25.09 | 259.47 | 1668.06 |
| Holiday Hours | | 0.00 | 0.00 | 114.80 |
| Misc PTO Hours | | 0.00 | 0.00 | 103.40 |
| Snow Day Hours | | 0.00 | 0.00 | 310.20 |
| Gross Pay | | | 259.47 | 2196.46 |
| | | | | |
| **Tax Deductions** | | | | |
| Federal Tax | | | 18.35 | 163.30 |
| PA Unemployment | | | 0.18 | 1.54 |
| Philadelphia | | | 9.09 | 76.93 |
| Social Security | | | 16.09 | 136.18 |
| Medicare | | | 3.76 | 31.85 |
| PA State Tax | | | 7.97 | 67.45 |
| Total Tax Deductions | | | 55.44 | 477.25 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Additional Deductions** | | |
| Total Deductions | .00 | 0.00 |
| | | |
| Net Pay | 204.03 | 1719.21 |

**Accruals Summary**

| Plan | Accrued | Accr_YTD | Taken | Net Bal |
|---|---|---|---|---|

**Message:**

Driving Excellence 2021: As a team, we can
achieve anything & Driving Excellence will
help get us there. More info coming soon.

© 2002 Automatic Data Processing (PCPYV0)

**DURHAM**
SCHOOL SERVICES

Durham  D&M  LLC
2601  Navistar  Drive
Lisle  IL  60532

| | |
|---|---|
| Advice  Number: | 1024300827 |
| Advice  Date: | 03/12/2021 |

THIS IS NOT A CHECK

| Deposited to the account of | | Account Number | Transit  ABA | Amount |
|---|---|---|---|---|
| Gaffney, Deana  L | Checking | | 071922476 | $204.03 |



CO      EMPLOYEE  ID      000000-000000
PC2DGY  000473514

**DURHAM**
SCHOOL SERVICES

*Durham  D&M  LLC*
*2601  Navistar  Drive*
*Lisle  IL  60532*

# Earnings    Statement

Page  001  of 001
Period Beginning:      03/07/2021
Period Ending:         03/13/2021
Advice Date:           03/19/2021
Advice Number:         1025835260
Batch Number:          210316DGY064

**Gaffney,    Deana  L**
**533  Fern  St**
**Yeadon,    PA  19050**

**For inquiries on this statement please call: 855-595-HR4U**
Total Hours Worked:        15.59
Basis of Pay:              Hourly

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Bus Aide Hours | 10.34 | 15.59 | 161.22 | 1829.28 |
| Holiday Hours | | 0.00 | 0.00 | 114.80 |
| Misc PTO Hours | | 0.00 | 0.00 | 103.40 |
| Snow Day Hours | | 0.00 | 0.00 | 310.20 |
| Gross Pay | | | 161.22 | 2357.68 |
| | | | | |
| **Tax Deductions** | | | | |
| Federal Tax | | | 8.53 | 171.83 |
| PA Unemployment | | | 0.11 | 1.65 |
| Philadelphia | | | 5.65 | 82.58 |
| Social Security | | | 10.00 | 146.18 |
| Medicare | | | 2.34 | 34.19 |
| PA State Tax | | | 4.95 | 72.40 |
| Total Tax Deductions | | | 31.58 | 508.83 |

**Other Benefits and**
**Information        This Period  Year-to-Date**

| Additional Deductions | This Period | Year-to-Date |
|---|---|---|
| Total Deductions | .00 | 0.00 |
| | | |
| Net Pay | 129.64 | 1848.85 |

**Accruals Summary**

| Plan | Accrued | Accr_YTD | Taken | Net Bal |
|---|---|---|---|---|

**Message:**

Driving Excellence 2021: As a team, we can
achieve anything & Driving Excellence will
help get us there. More info coming soon.

© 2002 Automatic Data Processing (PC2UNO)

**DURHAM**
SCHOOL SERVICES

Durham  D&M  LLC
2601  Navistar  Drive
Lisle  IL  60532

Advice  Number:      1025835260

Advice  Date:        03/19/2021

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Gaffney, Deana L | Checking | 071922476 | $129.64 |



CO      EMPLOYEE ID      000000-000000
PCSDGY  000473514

**DURHAM**
SCHOOL SERVICES

Durham D&M LLC
2601 Navistar Drive
Lisle IL 60532

# Earnings   Statement

| | |
|---|---|
| | Page  001 of 001 |
| Period Beginning: | 03/14/2021 |
| Period Ending: | 03/20/2021 |
| Advice Date: | 03/26/2021 |
| Advice Number: | 1027800912 |
| Batch Number: | 210323DGY070 |

Gaffney,  Deana  L
533 Fern  St
Yeadon,   PA  19050

For inquiries on this statement please call: 855-595-HR4U
Total Hours Worked:      30.47
Basis of·Pay:            Hourly

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Bus Aide Hours | 10.34 | 30.47 | 315.10 | 2144.38 |
| Holiday Hours | | 0.00 | 0.00 | 114.80 |
| Misc PTO Hours | | 0.00 | 0.00 | 103.40 |
| Snow Day Hours | | 0.00 | 0.00 | 310.20 |
| Gross Pay | | | 315.10 | 2672.78 |
| | | | | |
| **Tax Deductions** | | | | |
| Federal Tax | | | 24.87 | 196.70 |
| PA Unemployment | | | 0.22 | 1.87 |
| Philadelphia | | | 11.03 | 93.61 |
| Social Security | | | 19.53 | 165.71 |
| Medicare | | | 4.57 | 38.76 |
| PA State Tax | | | 9.67 | 82.07 |
| Total Tax Deductions | | | 69.89 | 578.72 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Additional Deductions** | | |
| Total Deductions | .00 | 0.00 |
| Net Pay | 245.21 | 2094.06 |

**Accruals Summary**

| Plan | Accrued | Accr_YTD | Taken | Net Bal |
|---|---|---|---|---|

**Message:**

Driving Excellence 2021: As a team, we can
achieve anything & Driving Excellence will
help get us there. More info coming soon.

© 2002 Automatic Data Processing (PC2VO)

**DURHAM**
SCHOOL SERVICES

Durham D&M LLC
2601 Navistar Drive
Lisle IL 60532

Advice  Number:    1027800912

Advice  Date:      03/26/2021

THIS IS NOT A CHECK

**Deposited to the account of**

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Gaffney, Deana L | Checking | 071922476 | $245.21 |



CO      EMPLOYEE ID      000000-000000
PCSDGY  000473514

Durham D&M LLC
2601 Navistar Drive
Lisle IL 60532

**DURHAM**
SCHOOL SERVICES

# Earnings   Statement

|  |  |
|---|---|
| | Page  001 of 001 |
| Period Beginning: | 03/21/2021 |
| Period Ending: | 03/27/2021 |
| Advice Date: | 04/02/2021 |
| Advice Number: | 1029097532 |
| Batch Number: | 210330DGY071 |

Gaffney,  Deana  L
533 Fern St
Yeadon,   PA  19050

**For inquiries on this statement please call: 855-595-HR4U**

Total Hours Worked:      27.58
Basis of Pay:            Hourly

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Bus Aide Hours | 10.34 | 27.58 | 285.21 | 2429.59 |
| Holiday Hours | | 0.00 | 0.00 | 114.80 |
| Misc PTO Hours | | 0.00 | 0.00 | 103.40 |
| Snow Day Hours | | 0.00 | 0.00 | 310.20 |
| Gross Pay | | | 285.21 | 2957.99 |
| | | | | |
| **Tax Deductions** | | | | |
| Federal Tax | | | 21.28 | 217.98 |
| PA Unemployment | | | 0.20 | 2.07 |
| Philadelphia | | | 9.99 | 103.60 |
| Social Security | | | 17.69 | 183.40 |
| Medicare | | | 4.13 | 42.89 |
| PA State Tax | | | 8.76 | 90.83 |
| Total Tax Deductions | | | 62.05 | 640.77 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Additional Deductions** | | |
| Total Deductions | .00 | 0.00 |
| Net Pay | 223.16 | 2317.22 |

**Accruals Summary**

Plan       Accrued    Accr_YTD    Taken    Net Bal

**Message:**

Driving Excellence 2021: As a team, we can
achieve anything & Driving Excellence will
help get us there. More info coming soon.

© 2002 Automatic Data Processing (PC2IV0)



Durham  D&M LLC
2601 Navistar  Drive
Lisle IL 60532

**DURHAM**
SCHOOL SERVICES

| Advice  Number: | 1029097532 |
|---|---|
| Advice  Date: | 04/02/2021 |

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit  ABA | Amount |
|---|---|---|---|
| Gaffney, Deana  L | Checking | 071922476 | $223.16 |



**DURHAM**
SCHOOL SERVICES

CO      EMPLOYEE ID      000000-000000
PC2DGY  000473514

Durham D&M LLC
2601 Navistar Drive
Lisle IL 60532

# Earnings   Statement

| | |
|---|---|
| | Page  001  of 001 |
| Period Beginning: | 03/28/2021 |
| Period Ending: | 04/03/2021 |
| Advice Date: | 04/09/2021 |
| Advice Number: | 1031367496 |
| Batch Number: | 210406DGY065 |

Gaffney,  Deana  L
533 Fern  St
Yeadon,   PA  19050

**For inquiries on this statement please call: 855-595-HR4U**
Total Hours Worked:              .00
Basis of Pay:              Hourly

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Bus Aide Hours | | 0.00 | 0.00 | 2429.59 |
| Holiday Hours | 10.34 | 5.79 | 59.87 | 174.67 |
| Misc PTO Hours | | 0.00 | 0.00 | 103.40 |
| Snow Day Hours | | 0.00 | 0.00 | 310.20 |
| Gross Pay | | | 59.87 | 3017.86 |
| | | | | |
| **Tax Deductions** | | | | |
| Federal Tax | | | 0.00 | 217.98 |
| PA Unemployment | | | 0.04 | 2.11 |
| Philadelphia | | | 2.10 | 105.70 |
| Social Security | | | 3.71 | 187.11 |
| Medicare | | | 0.87 | 43.76 |
| PA State Tax | | | 1.84 | 92.67 |
| Total Tax Deductions | | | 8.56 | 649.33 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Additional Deductions** | | |
| Total Deductions | .00 | 0.00 |
| Net Pay | 51.31 | 2368.53 |

**Accruals Summary**

| Plan | Accrued | Accr_YTD | Taken | Net Bal |
|---|---|---|---|---|

**Message:**

Driving Excellence 2021: As a team, we can
achieve anything & Driving Excellence will
help get us there. More info coming soon.

© 2002 Automatic Data Processing (PCDIVO)

**DURHAM**
SCHOOL SERVICES

Durham  D&M  LLC
2601 Navistar  Drive
Lisle IL  60532

| Advice  Number: | 1031367496 |
|---|---|
| Advice  Date: | 04/09/2021 |

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit  ABA | Amount |
|---|---|---|---|
| Gaffney, Deana  L | Checking | 071922476 | $51.31 |



CO      EMPLOYEE ID        000000-000000
PCSDGY  000473514

# Earnings    Statement

Durham  D&M  LLC
2601  Navistar  Drive
Lisle IL 60532

|  |  |
|---|---|
| | Page  001 of 001 |
| Period Beginning: | 04/04/2021 |
| Period Ending: | 04/10/2021 |
| Advice Date: | 04/16/2021 |
| Advice Number: | 1033061519 |
| Batch Number: | 210413DGY064 |

Gaffney,   Deana  L
533  Fern  St
Yeadon,   PA  19050

**For inquiries on this statement please call: 855-595-HR4U**
Total Hours Worked:        25.25
Basis of Pay:              Hourly

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Bus Aide Hours | 10.34 | 25.25 | 261.13 | 2690.72 |
| Holiday Hours | | 0.00 | 0.00 | 174.67 |
| Misc PTO Hours | | 0.00 | 0.00 | 103.40 |
| Snow Day Hours | | 0.00 | 0.00 | 310.20 |
| Gross Pay | | | 261.13 | 3278.99 |

| Tax Deductions | | This Period | Year-to-Date |
|---|---|---|---|
| Federal Tax | | 18.52 | 236.50 |
| PA Unemployment | | 0.19 | 2.30 |
| Philadelphia | | 9.14 | 114.84 |
| Social Security | | 16.19 | 203.30 |
| Medicare | | 3.79 | 47.55 |
| PA State Tax | | 8.02 | 100.69 |
| Total Tax Deductions | | 55.85 | 705.18 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Additional Deductions** | | |
| Total Deductions | 0.00 | 0.00 |
| Net Pay | 205.28 | 2573.81 |

**Accruals Summary**

| Plan | Accrued | Accr_YTD | Taken | Net Bal |
|---|---|---|---|---|

**Message:**

Driving  Excellence  2021:  As  a  team,  we  can
achieve  anything  &  Driving  Excellence  will
help  get  us  there.  More  info  coming  soon.

© 2002 AutomaticData Processing (PCSUVO)

Durham  D&M  LLC
2601  Navistar  Drive
Lisle IL 60532

| | Advice  Number: | 1033061519 |
|---|---|---|
| | Advice  Date: | 04/16/2021 |

| Deposited  to  the  account  of | Account Number | Transit  ABA | Amount |
|---|---|---|---|
| Gaffney, Deana  L    Checking | | 071922476 | $205.28 |

THIS IS NOT A CHECK



CO      EMPLOYEE ID      000000-000000
PCSDGY  000473514

# Earnings   Statement

Durham  D&M  LLC
2601  Navistar  Drive
Lisle  IL  60532

Page  001  of 001
Period Beginning:      04/11/2021
Period Ending:         04/17/2021
Advice Date:           04/23/2021
Advice Number:         1035199008
Batch Number:          210420DGY083

Gaffney,    Deana  L
533  Fern  St
Yeadon,   PA  19050

**For inquiries on this statement please call: 855-595-HR4U**
Total Hours Worked:      24.94
Basis of Pay:            Hourly

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Bus Aide Hours | 10.34 | 24.94 | 257.92 | 2948.64 |
| Holiday Hours | | 0.00 | 0.00 | 174.67 |
| Misc PTO Hours | | 0.00 | 0.00 | 103.40 |
| Snow Day Hours | | 0.00 | 0.00 | 310.20 |
| Gross Pay | | | 257.92 | 3536.91 |
| | | | | |
| **Tax Deductions** | | | | |
| Federal Tax | | | 18.20 | 254.70 |
| PA Unemployment | | | 0.18 | 2.48 |
| Philadelphia | | | 9.03 | 123.87 |
| Social Security | | | 15.99 | 219.29 |
| Medicare | | | 3.74 | 51.29 |
| PA State Tax | | | 7.92 | 108.61 |
| Total Tax Deductions | | | 55.06 | 760.24 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Additional Deductions** | | |
| Total Deductions | 0.00 | 0.00 |
| | | |
| Net Pay | 202.86 | 2776.67 |

**Accruals Summary**

Plan       Accrued   Accr_YTD   Taken   Net Bal

**Message:**

Driving  Excellence  2021:  As  a  team,  we  can
achieve  anything  &  Driving  Excellence  will
help  get  us  there.  More  info  coming  soon.

© 2002 AutomaticData Processing (PCSUVO)

Durham  D&M  LLC
2601  Navistar  Drive
Lisle  IL  60532

Advice  Number:      1035199008

Advice  Date:        04/23/2021

THIS IS NOT A CHECK

| Deposited  to  the  account  of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Gaffney, Deana  L | Checking  XXXX | 071922476 | $202.86 |