Law Offices of Michael Kuldiner, P.C.
By: Adrienne N. Anderson, Esquire
Attorney I.D. No. 306424
922 Bustleton Pike, 1st Fl.
Feasterville, PA 19053
Phone: (215) 942-2100
Fax:    (215) 942-9664                              Attorney for Creditor
_____

DEANA L. GAFFNEY                     : UNITED STATES BANKRUPTCY
    Debtor                          : COURT FOR THE EASTERN DISTRICT
                                    : OF PENNSYLVANIA
                                    :
                                    : Case No.: 21-11024-amc
                                    :

## NOTICE OF ENTRY APPEARANCE AND REQUEST FOR NOTICE

    Kindly enter my appearance as counsel for Creditor, Dynamic Equity Partners, Inc., in regard to the above-captioned matter.

                                      Law Offices of Michael Kuldiner, P.C.
                                      922 Bustleton Pike, 1st Floor
                                      Feasterville, PA 19053

Date: 06/15/2021                              By: _____
                                        Adrienne N. Anderson, Esquire
                                      Attorney I.D. 306424