IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEANA L. GAFFNEY | : UNITED STATES BANKRUPTCY |
| | : COURT FOR THE EASTERN DISTRICT |
| DYNAMIC EQUITY PARTNERS, INC. | : OF PENNSYLVANIA |
| Movant | : |
| vs. | : |
| DEANA L. GAFFNEY | : |
| Debtor | : |
| WILLIAM C. MILLER | : |
| Trustee | : |
| | : Case No.: 21-11024-amc |
| | : |

**ORDER**

AND NOW, this ____ day of _____, 2021, under consideration of Movant's Motion for *In Rem* Relief pursuant to 11 U.S.C. §362 (d)(4)(B):

ORDERED that Movant is hereby granted *in rem* Relief form the Automatic Stay and further that the Automatic Stay of all proceedings, as provided under Sections 362 and of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Sections 362, are modified with respect to premises 813 Greenhill Road, Sharon Hill, PA 19079 to allow Dynamic Equity Partners, Inc to proceed in regards to the 813 Greenhill Road, Sharon Hill, PA 19079.  It is further:

ORDERED that no future bankruptcy case filed by Debtor, their successors, assigns or any occupants, and/or Co-Debtor or any Occupants will stay any actions taken by Movant, its successors, assigns or any other legal purchasers at Sheriff's Sale from proceeding with any legal or consensual actions necessary for enforcement of its right to possession of, or title to, said premises.  It is further:

ORDERED Dynamic Equity Partners, Inc., may on August 31, 2021 implement this Order granting in rem relief from the automatic stay.  It is further:

ORDERED that upon execution and entry of this Order, the requirements specified in both: (1) Fed. R. Bankr. P. 3002.1(b) regarding Notice of Mortgage Payment Changes and (2)

Fed. R. Bankr. P. 3002.1(c) regarding Notice of Post-petition Mortgage Fees, Expenses and Charges are hereby waived, or made inapplicable, during the pendency of the within bankruptcy case. It is further:

  ORDERED that the Relief granted by this order shall survive conversion of this bankruptcy case to a case under any other Chapter of the bankruptcy code.

**Date: August 10, 2021**
                     United States Bankruptcy Judge