United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                     Case No. 21-11024-amc

Deana L. Gaffney                          Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 10, 2021 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deana L. Gaffney, 533 Fern Street, Lansdowne, PA 19050-3225 |
| cr | + | Dynamic Equity Partners, Inc., Law Offices of Michael Kuldiner, 922 Bustleton Pike, 1ST FLOOR, Feasterville, PA 19053-6000 |
| 14599513 | + | Dynamic Equity, POB 85, Huntingdon Valley, PA 19006-0085 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2021               Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADRIENNE N. ANDERSON | on behalf of Creditor Dynamic Equity Partners  Inc. adrienne@phillyesq.com, maria@phillyesq.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Borough of Yeadon jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| REBECCA ANN SOLARZ | on behalf of Creditor VFS Lending JV II  LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |

District/off: 0313-2                          User: admin                          Page 2 of 2
Date Rcvd: Aug 10, 2021                       Form ID: pdf900                       Total Noticed: 3

WILLIAM C. MILLER, Esq.
                          ecfemails@ph13trustee.com  philaecf@gmail.com

ZACHARY PERLICK

                          on behalf of Debtor Deana L. Gaffney Perlick@verizon.net  pireland1@verizon.net


TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEANA L. GAFFNEY | : UNITED STATES BANKRUPTCY |
| | : COURT FOR THE EASTERN DISTRICT |
| DYNAMIC EQUITY PARTNERS, INC. | : OF PENNSYLVANIA |
| Movant | : |
| vs. | : |
| DEANA L. GAFFNEY | : |
| Debtor | : |
| WILLIAM C. MILLER | : |
| Trustee | : |
| | : Case No.: 21-11024-amc |
| | : |

**ORDER**

AND NOW, this _____ day of _____, 2021, under consideration of

Movant's Motion for *In Rem* Relief pursuant to 11 U.S.C. §362 (d)(4)(B):

ORDERED that Movant is hereby granted *in rem* Relief form the Automatic Stay and

further that the Automatic Stay of all proceedings, as provided under Sections 362 and of the

Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Sections 362, are modified with respect

to premises 813 Greenhill Road, Sharon Hill, PA 19079 to allow Dynamic Equity Partners, Inc

to proceed in regards to the 813 Greenhill Road, Sharon Hill, PA 19079.  It is further:

ORDERED that no future bankruptcy case filed by Debtor, their successors, assigns or

any occupants, and/or Co-Debtor or any Occupants will stay any actions taken by Movant, its

successors, assigns or any other legal purchasers at Sheriff's Sale from proceeding with any legal

or consensual actions necessary for enforcement of its right to possession of, or title to, said

premises.  It is further:

ORDERED Dynamic Equity Partners, Inc., may on August 31, 2021 implement this

Order granting in rem relief from the automatic stay.  It is further:

ORDERED that upon execution and entry of this Order, the requirements specified in

both: (1) Fed. R. Bankr. P. 3002.1(b) regarding Notice of Mortgage Payment Changes and (2)

Fed. R. Bankr. P. 3002.1(c) regarding Notice of Post-petition Mortgage Fees, Expenses and Charges are hereby waived, or made inapplicable, during the pendency of the within bankruptcy case.  It is further:

   ORDERED that the Relief granted by this order shall survive conversion of this bankruptcy case to a case under any other Chapter of the bankruptcy code.

**Date: August 10, 2021**

_____
United States Bankruptcy Judge