IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEANA L. GAFFNEY | : UNITED STATES BANKRUPTCY |
| | : COURT FOR THE EASTERN DISTRICT |
| DYNAMIC EQUITY PARTNERS, INC. | : OF PENNSYLVANIA |
|     Movant | : |
| vs. | : |
| DEANA L. GAFFNEY | : |
|     Debtor | : |
| WILLIAM C. MILLER | : |
|     Trustee | : |
| | : Case No.: 21-11024-amc |
| | : |

## **PRAECIPE TO WITHDRAW**

### **TO THE CLERK OF THE BANKRTUPCY COURT:**

Kindly withdraw the Objection to Confirmation of DYNAMIC EQUITY PARTNERS, INC., which was filed with the Court on or about <u>August 2, 2021 and August 3, 2021, docket number 32 and docket number 33.</u>

                                            Law Offices of Michael Kuldiner, P.C.
                                            922 Bustleton Pike, 1st Floor
                                            Feasterville, PA 19053

Date: 11/19/2021                    By: _____

                                            Adrienne N. Anderson, Esquire
                                              Attorney I.D. 306424