IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     DEANA GAFFNEY              :     CHAPTER 13
                                      :
                                      :
           DEBTOR                     :     BANKRUPTCY No. 21-11024 AMC

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $4,500.00 |
| Total expense cost: | $   20.00 |
| Attorney fee already paid by Debtor | $1,487.00 |
| Net amount to be paid by Trustee | $3,033.00 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

**Date: November 23, 2021**

_____
THE HONORABLE ASHELY M. CHAN

Dated: