# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:  
Deana L. Gaffney  
    Debtor

Case No. 21-11024-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Nov 23, 2021     Form ID: 155     Total Noticed: 18

The following symbols are used throughout this certificate:  
**Symbol  Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deana L. Gaffney, 533 Fern Street, Lansdowne, PA 19050-3225 |
| 14618033 | + | BSI Financial Services, 314 S. Franklin Street, PO BOX 517, Titusville PA 16354-0517 |
| 14599510 | + | BSI Financial Services, 1425 Greenway Drive, Suite 400, Irving, TX 75038-2480 |
| 14617691 | + | BSI Financial Services, 1425 Greenway Drive, #400, Irving, TX 75038-2480 |
| 14599509 | + | Borough of Yeadon, c/o Portnoff Law Assoc., POB 3020, Norristown, PA 19404-3020 |
| 14614988 | + | Borough of Yeadon, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14614987 | + | Borough of Yeadon, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14615123 | + | Borough of Yeadon, c/o James R. Wood, Esquire, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14599513 | + | Dynamic Equity, POB 85, Huntingdon Valley, PA 19006-0085 |
| 14615277 | + | Dynamic Equity Partners, Inc., c/o Adrienne N. Anderson, Esq., 922 Bustleton Pike, Feasterville, PA 19053-6000 |
| 14599515 | + | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14599516 | + | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14601149 | + | VFS LENDING JV II, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14599511 | | Email/Text: megan.harper@phila.gov | Nov 23 2021 23:27:00 | City of Philadelphia, Law Department, Enforecment Div., 1515 Arch Street, 15th Fl., Philadelphia, PA 19102-1508 |
| 14638313 | | Email/Text: megan.harper@phila.gov | Nov 23 2021 23:27:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14642214 | | Email/Text: megan.harper@phila.gov | Nov 23 2021 23:27:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14599512 | + | Email/Text: duffyk@co.delaware.pa.us | Nov 23 2021 23:27:59 | Delaware County Tax Claim Bureau, 201 W. Front Street, Media, PA 19063-2768 |
| 14599514 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 23 2021 23:26:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14608480 | * | Internal Revenue Service, PO Box 7317, Philadelphia, PA 19101-7317 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 23, 2021 | Form ID: 155 | Total Noticed: 18 |

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 25, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2021 at the address(es) listed below:

**Name**            **Email Address**

ADRIENNE N. ANDERSON
                    on behalf of Creditor Dynamic Equity Partners  Inc. adrienne@phillyesq.com, maria@phillyesq.com

JAMES RANDOLPH WOOD
                    on behalf of Creditor Borough of Yeadon jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

KENNETH E. WEST
                    ecfemails@ph13trustee.com  philaecf@gmail.com

REBECCA ANN SOLARZ
                    on behalf of Creditor VFS Lending JV II  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
                    on behalf of Debtor Deana L. Gaffney Perlick@verizon.net  pireland1@verizon.net

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Deana L. Gaffney
    Debtor(s)

Chapter: 13

Bankruptcy No: 21−11024−amc

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this November 23,2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Ashely M. Chan
    Judge ,
    United States Bankruptcy Court

54 − 14
Form 155