United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 21-11024-amc
Deana L. Gaffney                                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Mar 16, 2023      Form ID: pdf900      Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deana L. Gaffney, 533 Fern Street, Lansdowne, PA 19050-3225 |
| cr | + | Dynamic Equity Partners, Inc., Law Offices of Michael Kuldiner, 922 Bustleton Pike, 1ST FLOOR, Feasterville, PA 19053-6000 |
| 14599509 | + | Borough of Yeadon, c/o Portnoff Law Assoc., POB 3020, Norristown, PA 19404-3020 |
| 14614988 | + | Borough of Yeadon, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14614987 | + | Borough of Yeadon, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14615123 | + | Borough of Yeadon, c/o James R. Wood, Esquire, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14599513 | + | Dynamic Equity, POB 85, Huntingdon Valley, PA 19006-0085 |
| 14615277 | + | Dynamic Equity Partners, Inc., c/o Adrienne N. Anderson, Esq., 922 Bustleton Pike, Feasterville, PA 19053-6000 |
| 14599515 | + | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14599516 | + | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 17 2023 01:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 17 2023 01:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14618033 | + | Email/Text: bankruptcy@bsifinancial.com | Mar 17 2023 01:11:00 | BSI Financial Services, 314 S. Franklin Street, PO BOX 517, Titusville PA 16354-0517 |
| 14599510 | + | Email/Text: bankruptcy@bsifinancial.com | Mar 17 2023 01:11:00 | BSI Financial Services, 1425 Greenway Drive, Suite 400, Irving, TX 75038-2480 |
| 14617691 | + | Email/Text: bankruptcy@bsifinancial.com | Mar 17 2023 01:11:00 | BSI Financial Services, 1425 Greenway Drive, #400, Irving, TX 75038-2480 |
| 14599511 | | Email/Text: megan.harper@phila.gov | Mar 17 2023 01:11:00 | City of Philadelphia, Law Department, Enforecment Div., 1515 Arch Street, 15th Fl., Philadelphia, PA 19102-1508 |
| 14638313 | | Email/Text: megan.harper@phila.gov | Mar 17 2023 01:11:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14642214 | | Email/Text: megan.harper@phila.gov | Mar 17 2023 01:11:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14599512 | + | Email/Text: duffyk@co.delaware.pa.us | Mar 17 2023 01:11:00 | Delaware County Tax Claim Bureau, 201 W. Front Street, Media, PA 19063-2768 |
| 14599514 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 17 2023 01:11:00 | Internal Revenue Service, Centralized Insolvency |

| | | |
|---|---|---|
| 14601149 | ^ MEBN | Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| | Mar 17 2023 01:06:35 | VFS LENDING JV II, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Borough of Yeadon, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14608480 | * | Internal Revenue Service, PO Box 7317, Philadelphia, PA 19101-7317 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 18, 2023             Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADRIENNE N. ANDERSON | on behalf of Creditor Dynamic Equity Partners Inc. adrienne@phillyesq.com, maria@phillyesq.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor VFS Lending JV II LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Borough of Yeadon jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Deana L. Gaffney Perlick@verizon.net pireland1@verizon.net |

TOTAL: 6

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:             Chapter 13
DEANA L. GAFFNEY

    Debtor          Bankruptcy No. 21-11024-AMC

# ORDER

    **AND NOW**, this _____ day of _____, 202\_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: March 16, 2023**

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-

Debtor:
DEANA L. GAFFNEY

533 FERN STREET

LANSDOWNE, PA 19050